UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS M HERMAN, | No. C 12-04965 DMR |
| Plaintiff(s), | **ORDER TO PROPERLY REFILE MOTION** |
| v. | |
| CATAPHORA INC, | |
| Defendant(s). | |

Plaintiffs have filed a motion to administratively return this case to the Court from which it was transferred. [Docket Nos. 33-34.] The court orders Plaintiffs to properly refile these documents as a motion.

IT IS SO ORDERED.

Dated: October 5, 2012

_____
DONNA M. RYU
United States Magistrate Judge