**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10
11   RUSS M HERMAN,                           No. C 12-04965 DMR
12          Plaintiff(s),                     **ORDER TO PROPERLY REFILE
                                              MOTION**
13       v.
14   CATAPHORA INC,
15          Defendant(s).
16   _____/
17        Plaintiffs have filed a motion to administratively return this case to the Court from which it
18   was transferred.  [Docket Nos. 33-34.]  The court orders Plaintiffs to properly refile these documents
19   as a motion.
20
21        IT IS SO ORDERED.
22
23   Dated:  October 5, 2012
24                                            _____
25                                            DONNA M. RYU
                                              United States Magistrate Judge
26
27
28