IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSS M. HERMAN and ARNOLD LEVIN,

    Plaintiffs,                                             No. C 12-04965 JSW

    v.

CATAPHORA INC. and ROGER CHADDERDON,                   **ORDER**

    Defendants.
                                      /

The Court has received Plaintiffs' "motion to administratively return the transferred file to the transferor court, or alternatively, to stay proceedings pending appeal." This request is improperly noticed as an administrative request and is impermissible under Civil Local Rule 7-11. The Court has also received a letter from Defendants' counsel to the court room deputy regarding the improper administrative request. Although the letter was followed by a proper request, letters to the deputy are also impermissible and clearly in violation of this Court's Standing Order ¶ 2. The parties are both admonished that further failure to comply with this Court's rules shall result in sanctions.

The administrative request to transfer or stay this matter is DENIED as improperly filed. Should Plaintiffs wish to re-file a proper motion in compliance with this Court's rules, Plaintiffs may so re-file and notice the hearing on a date available on this Court's calendar.

**IT IS SO ORDERED.**

Dated: November 8, 2012

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE