UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUSS M. HERMAN, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-497 |
| | * | |
| CATAPHORA, INC., ET AL | * | SECTION "L" (2) |

### ORDER

On September 19, 2012 this Court issued an Order and Reasons granting Defendants' Motion to Dismiss for Lack of Jurisdiction. (Rec. Doc. 29). Plaintiffs appealed that decision. On October 12, 2013, the Fifth Circuit issued a judgment in which it vacated this Court's dismissal and remanded the case with instructions for this Court to transfer the case to the United States District Court for the Northern District of California. Accordingly,

**IT IS ORDERED** that this case be transferred to the Northern District of California for further proceedings in accordance with the judgment of the Fifth Circuit.

New Orleans, Louisiana, this <u>30th</u> day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE