1  FRANK M. PITRE (SBN 100077)
2  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road, Suite 200
3  Burlingame, CA 94010
   Telephone: (650) 697-6000
4  Facsimile: (650) 697-0577
   fpitre@cpmlegal.com
5
6  FRED S. LONGER
   **LEVIN, FISHBEIN, SEDRAN & BERMAN**
7  510 Walnut Street, Suite 500
   Philadelphia, PA 19106
8  Telephone: (215) 592-1500
   Facsimile: (215) 592-4663
9  flonger@lfsblaw.com
10 (Pro Hac Vice)

11 *Attorneys for Plaintiffs*

12
13 RONALD E. MALLEN (SBN 40928)        NANCY J. MARSHALL
   CASSIDY E. CHIVERS (SBN 203043)     MELISSA M. LESSELL
   **HINSHAW & CULBERTSON LLP**        **DEUTSCH, KERRIGAN & STILES**
14 One California Street, 18th Floor    755 Magazine Street
   San Francisco, CA 94111             New Orleans, LA 70130
15 rmallen@hinshawlaw.com              nmarshall@dkslaw.com
16 cchivers@hinshawlaw.com             mlessell@dkslaw.com
   Telephone: (415) 362-6000           Telephone: 504-581-5141
17 Facsimile: (415) 834-9070           Facsimile: 504-566-4022

18 *Attorneys for Defendants*
19

20          **UNITED STATES DISTRICT COURT FOR THE**

21          **NORTHERN DISTRICT OF CALIFORNIA**

22 **RUSS M. HERMAN and ARNOLD LEVIN,**    CASE NO.:   3:12-cv-04965-JSW
23          **Plaintiffs,**                **STIPULATION OF DISMISSAL**
24 v.
25                                         **[FRCP 41(a)(1)]**
26 **CATAPHORA, INC. and ROGER
   CHADDERDON**
27          **Defendants.**
28

LAW OFFICES
COTCHETT, PITRE &    **STIPULATION OF DISMISSAL;**                                    1
McCARTHY, LLP        **CASE NO.:  3:12-cv-04965-JSW**

## STIPULATION

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED**, by and between Plaintiffs, RUSS M. HERMAN and ARNOLD LEVIN, and Defendants CATAPHORA, INC. and ROGER CHADDERDON, and through their respective counsel of record, that the above caption be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party will bear its own costs and attorneys' fees.

Dated:  February 27, 2014            **HINSHAW & CULBERTSON LLP**


By:      /s/ Cassidy E. Chivers
         CASSIDY E. CHIVERS
         *Attorney for Defendants,*
         *Cataphora, Inc. and Roger Chadderdon*


Dated:  February 27, 2014            **COTCHETT, PITRE & McCARTHY, LLP**


By:      /s/ Frank M. Pitre
         FRANK M. PITRE
         *Attorneys for Plaintiffs.*
         *Russ M. Herman and Arnold Levin*


**PURSUANT TO STIPULATION,**

**IT IS SO ORDERED.**

**DATE:**  February 27, 2014

_____
**JUDGE, UNITED STATES DISTRICT COURT**